

Federal Occupational Health Service

July 21, 2009

Lynette Cabell
EEO and Diversity Office
230 S. Dearborn, 1010 CHI
Chicago IL 60604

Reasonable Accommodation ICO **Frank Angiulo**

Dear Ms Cabell:
The above employee requests a reasonable accommodation due to his psychiatric condition related to working with his manager. He is requesting a variety of accommodations involving transfer to another group, flexible starting hours, flexiplace, and parking in basement. I've reviewed the following documentation:

- Reasonable Accommodation, form 13661, Part I signed by Frank Angiulo dated March 12, 2009, Part II signed by Janice Gore dated March 4, 2009, Part III signed by Stephen Rowley MD dated June 8, 2009, Part III signed by Pravin Bhatt MD dated May 28, 2009
- Midwest Heart Specialists clinical records signed by Stephen Rowley MD dated January 20, 2009
- Position Description for Internal Revenue Agent, GS-512-12
- Medical Releases for Stephen Rowley MD and Pravin Bhatt MD signed by Frank Angiulo not dated

On July 14, 2009 I discussed this employee's medical condition with Stephen Rowley MD, a cardiologist. From July 14 to 15, 2009 I made a total of five telephone calls and left messages for Pravin Bhatt MD. He never returned my messages and additional calls are futile.

1. Whether the employee has a medical condition that substantially limits a major life activity.
   Dr. Rowley indicated that Mr. Angiulo has stable cardiac function. The limitations experienced by the employee are associated with his morbid obesity that limits his walking to about two blocks. The employee is considering surgical correction of his obesity.

2. What the major life activity is and how it relates to the employee performing essential job duties?
   The employee has a substantial limitation in his ability to walk, a major life activity.

3. If it is determined that the employee has a medical condition that substantially limits a major life activity, provide medically based recommendation that might effectively accommodate that individual.
   Appropriate accommodations are will limit the employee's need to walk while at work.

Ex 5

If you have questions, please contact me.

Sincerely yours,


James W. Allen MD, MPH
Occupational Medicine, ABMS-Board Certified



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

AGENCY-WIDE
SHARED SERVICES

07/21/2009

## FROM: LYNETTE CABELL, REASONABLE ACCOMMODATION COORDINATOR

## SUBJECT: REASONABLE ACCOMMODATION REQUEST
For Frank Angiulo

I received a reply from the Federal Occupation Health Services' (FOHS) consultant. FOHS had a discussion with his physician, both FOHS and Mr. Angiulo's physician agree that he does have a medical condition that meets the requirement for a reasonable accommodation (i.e.. limiting in a major life activity).

I have notified Mr. Angiulo of this information, I have included with this memo a copy of the letter from FOHS.

Please provide me with a determination of this reasonable accommodation request by 8/5/09.

Any questions or concerns please feel free to contact me at 312-566-3555 or by e-mail.

Sincerely,

Lynette Cabell
EEO Specialist
Reasonable Accommodation Coordinator

935